1  DANIEL J. BRODERICK, Bar No. 89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Tina D. Rodgers

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. 1:08-cr-00178 LJO
   |                                )
12 |            *Plaintiff*,        )   AMENDED STIPULATION TO MODIFY
   |                                )   CONDITIONS OF PRE-TRIAL RELEASE;
13 |       v.                       )   AND ORDER THEREON
   |                                )
14 | TINA D. RODGERS,               )   Judge: Hon. Lawrence J. O'Neill
   |                                )
15 |            *Defendant*.        )
   |                                )
16 |_____)

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

20 KERSTEN, Assistant Federal Defender, counsel for Defendant Tina D. Rodgers, that the conditions of

21 pre-trial release for Ms. Rodgers may be amended to allow Ms. Rodgers to travel to the Northern District

22 of California as necessary for employment.

23         Ms. Rodgers is charged with a single count of bankruptcy fraud and a related charge of making a

24 false oath in bankruptcy proceedings.  Both offenses allegedly occurred on or about April 7, 2003.  Ms.

25 Rodgers has no other criminal history.

26         On June 25, 2008, Ms. Rodgers was released on her own recognizance with no supervision by Pre-

27 Trial Services.  The Court did, however, impose conditions of release which included a travel restriction to

28 the Eastern District of California.

1    Ms. Rodgers is employed as a product demonstrator for the Aidell's Sausage Company. Her
2    employment generally entails providing sausage samples to customers at Costco Stores located throughout
3    California. Upon reviewing a map of the Eastern District of California Ms. Rodgers has determined that
4    some of the Costco stores are located in the Northern District of California.
5    This request is made to permit Ms. Rodgers to continue her current employment. All other
6    conditions of pre-trial release shall remain in full force and effect. Ms. Rodgers is aware that she must be
7    personally present for all court proceeding in the Eastern District of California.

DATED: July 9, 2008

McGREGOR M. SCOTT
United States Attorney

/s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: July 9, 20087

DANIEL J. BRODERICK
Federal Defender

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Tina D. Rodgers

O R D E R

IT IS SO ORDERED.

Dated:   **July 16, 2008**          /s/ **Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

Stipulation to Modify Conditions
of Pre-Trial Release                              2