DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TINA D. RODGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>TINA D. RODGERS,<br><br>    *Defendants.* | No. 1:08-cr-00178 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: December 19, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Tina D. Rodgers, that the date for status conference may be continued to December 19, 2008, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is December 5, 2008. The requested new date is December 19, 2008.**

  The parties are engaged in investigation and negotiations that may well resolve the matter. In the event the negotiations are unsuccessful a trial date will be requested at the next status conference. This continuance is requested to allow time to complete the negotiations.

  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the

defendant in a speedy trial.

                                       McGREGOR W. SCOTT
                                       United States Attorney

DATED: December 4, 2008             By /s/ David L. Gappa
                                       DAVID L. GAPPA
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Federal Defender

DATED: December 4, 2008             By /s/ Eric V. Kersten
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Tina D. Rodgers


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

      DATED: December 4, 2008

                                       /s/ Lawrence J. O'Neill
                                     LAWRENCE J. O'NEILL, Judge
                                     United States District Court