DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TINA D. RODGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>TINA D. RODGERS,<br><br>　　　　　*Defendants*. | No. 1:08-cr-00178 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:　January 9, 2009<br>Time:　9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Tina D. Rodgers, that the date for status conference may be continued to January 9, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is December 19, 2008. The requested new date is January 9, 2009.**

　　　　The parties have reached an agreement in principle in this matter; however, given the schedules and obligations of counsel, it is not believed that the agreement can be reduced to writing and reviewed with Ms. Rodgers prior to the December 19 status conference date.

　　　　The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the

defendant in a speedy trial.

                                                          McGREGOR W. SCOTT
                                                          United States Attorney

DATED: December 17, 2008                By /s/ David L. Gappa
                                                              DAVID L. GAPPA
                                                               Assistant United States Attorney
                                                               Attorney for Plaintiff


                                                          DANIEL J. BRODERICK
                                                          Federal Defender

DATED: December 17, 2008                By /s/ Eric V. Kersten
                                                               ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                              Attorney for Defendant
                                                              Tina D. Rodgers


# **O R D E R**

**The stipulation is accepted as good cause for the continuance to January 9, 2009 at 9 a.m. for either change of plea or trial setting.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

     IT IS SO ORDERED.

**Dated:   December 17, 2008**               /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE